**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WARREN A. NELSON,**<br>**Petitioner,**<br>**v.**<br>**THE PEOPLE,**<br>**Respondent.** | **NO. 2:25-cv-10515-JLS-KS**<br><br>**JUDGMENT** |

IT IS ADJUDGED that the Petition is DENIED and the case is DISMISSED WITH PREJUDICE.

DATED: June 24, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE